IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KAYLA WALLACE**                                                                                                    **PLAINTIFF**

**V.**                                                      **CAUSE NO. 3:20-CV-00144-NBB-JMV**

**CURAE HEALTH, INC., A TENNESSEE**
**CORPORATION**                                                                         **DEFENDANT**

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Kayla Wallace, by and through counsel, hereby moves to dismiss this action against Defendant, Curae Health, Inc., a Tennessee Corporation, with prejudice.

**RESPECTFULLY SUBMITTED**, this the 6th day of July, 2020.

                                                  **KAYLA WALLACE, PLAINTIFF**

                                                  **By: /s/John M. Mooney, Jr.**
                                                        **JOHN M. MOONEY, JR.**
                                                        **HER ATTORNEY**

**JOHN M. MOONEY, JR.**
**LAW OFFICES OF JOHN M. MOONEY, JR., PLLC**
208 Waterford Square, Suite 100
Madison, Mississippi 39110
Telephone (601) 981-9555
Facsimile (601) 981-7922
MBIN: 3431
**Email: john@jmooneylaw.com**

**ATTORNEY FOR PLAINTIFF, KAYLA WALLACE**